UNITED STATES DISTRICT COURT
NO. DISTRICT OF NEW YORK/ ALBANY
--------------------------------------------------X

Index No.1:23-cv-224(AMN)(CFH)

MARTIN L. COHEN, pro se,

                *Plaintiff,*

-v-

GENEVRA CUSHMAN, member of the
State Board of Elections (the "SBE"), and
other members of the State Board of Elections,

                *Defendants,*

and

RUSSELL RICHARDSON, in his capacity as
A federal agent, and DAVID PERRY, in his capacity
As a federal agent, and other federal agents,

                *Defendants.*
--------------------------------------------------X

**NOTICE OF APPEAL**

Notice is hereby given that Martin L. Cohen, plaintiff, pro se, in the case cited above, hereby

appeals to the United States Court of Appeals for the Second Circuit from the August 5, 2024

MEMORANDUM-DECISION AND ORDER ( Document 104) entering final judgment in favor

of the defendants and against Martin L. Cohen, the plaintiff.

Dated: August 18, 2024

                                        Respectfully submitted,

                                        Martin L. Cohen
                                        *Plaintiff, pro se*
                                        1 Shore Avenue #464
                                        Oyster Bay, NY 11771
                                        Tel. (516) 364-7632
                                        mart327532aol.com



U.S. DISTRICT COURT - N.D. OF N.Y.
**F I L E D**
AUG 2 1 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

## CERTIFICATION OF SERVICE

This is to certify that on August 19, 2024, the undersigned, Martin L. Cohen, served the parties enumerated below with copies of the NOTICE OF APPEAL at the US Postal Service located at Oyster Bay, New York 11771 by first-class mail:

| | | |
|---|---|---|
| Ms. Clair A. Shimberg, Esq. | Ms. Stacey Hamilton, Esq. | Clerk of the Court |
| US Department of Justice | Assistant Attorney General | US District Court |
| PO Box 55 / Tax Division | The Capitol Building | 445 Broadway, Suite 509 |
| Washington, DC 20044 | Albany, NY 12224 | Albany, NY 12207 |

Signed,

*/s/ Martin L. Cohen*

Martin L. Cohen

Mr. Cohen #464
1 Shore Ave.
Oyster Bay, NY
11771

Clerk of The Court
US District Court
445 Broadway, Ste. 509
Albany, NY 12207

U.S. POSTAGE PAID
FCM LETTER
OYSTER BAY, NY 11771
AUG 19, 2024
$0.00
R2304W119617-99

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 2 1 2024
RECEIVED

12207-294899

APPEAL,CLOSED,PRO SE

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.2)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:23−cv−00224−AMN−CFH
*Internal Use Only*

Cohen v. Richardson et al  
Assigned to: U.S. District Judge Anne M. Nardacci  
Referred to: Magistrate Judge Christian F. Hummel  
Cause: 28:1331 Federal Question: Other Civil Rights  

Date Filed: 02/21/2023  
Date Terminated: 02/05/2024  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Martin L. Cohen**     represented by **Martin L. Cohen**  
1 Shore Avenue #464  
Oyster Bay, NY 11771  
516−364−7632  
Email:  
PRO SE  

V.

**Defendant**

**Russell Richardson**     represented by **Claire Shimberg**  
*IRS Special Agent, in his official capacities as federal agents and other federal agents*  
DOJ−Tax  
P.O. Box 55 Ben Franklin Station  
Washington, DC 20044  
202−305−3197  
Fax: 202−514−5238  
Email: claire.shimberg@usdoj.gov  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*  
*Fee Status: waived_2023*  

**Defendant**

**David Perry**     represented by **Claire Shimberg**  
*IRS Special Agent, in his official capacities as federal agents and other federal agents*  
(See above for address)  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*  
*Fee Status: waived_2023*  

**Defendant**

**Geneva Cushman**     represented by **Stacey A. Hamilton**  
*as staff member of NYS Board of Elections, and other members of the State Board of Elections in NY*  
New York State Attorney General – Albany  
The Capitol  
Albany, NY 12224  
518−776−2288  
Email: stacey.hamilton@ag.ny.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*  
*Fee Status: waived_2023*  

**Defendant**

**Unkown Co−Conspirators**

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2023 | 1 | COMPLAINT with Jury Demand against Geneva Cushman, David Perry, Russell Richardson, and Unkown Co–Conspirators (Filing fee $402 receipt number 10000019) filed by Martin L. Cohen. (Attachments: # 1 Civil Cover Sheet)(see) (Entered: 02/21/2023) |
| 02/21/2023 | 2 | PRO SE HANDBOOK and NOTICE issued and explained to Martin L. Cohen at time complaint was filed. {Copies of all filings returned to pltf at the counter of the Albany Clerk's Office on 2/22/2023} (see) (Entered: 02/22/2023) |
| 02/21/2023 | 3 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 5/24/2023 at 11:00 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 5/17/2023. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (see) (Entered: 02/22/2023) |
| 02/22/2023 | 4 | Summonses Issued as to Geneva Cushman, David Perry, and Russell Richardson and sent by mail to pltf on 2/22/2023. (Attachments: # 1 Summons for David Perry, # 2 Summons for Geneva Cushman)(see) (Entered: 02/22/2023) |
| 02/23/2023 | 5 | Summonses Issued as to U.S. Attorney and U.S. Attorney General and mailed to pltf on 2/23/2023. (Attachments: # 1 Summons for U.S. Attorney)(see) (Entered: 02/23/2023) |
| 03/06/2023 | 6 | NOTICE OF APPEARANCE by Stacey A. Hamilton on behalf of Geneva Cushman (Hamilton, Stacey) (Entered: 03/06/2023) |
| 03/07/2023 | 7 | Letter Motion from Stacey Hamilton, A.A.G. for Geneva Cushman requesting extension of time to respond to Complaint submitted to Judge Hummel . (Hamilton, Stacey) (Entered: 03/07/2023) |
| 03/07/2023 |  | TEXT NOTICE OF FILING DEFICIENCY regarding the 6 Notice of Appearance **NOTICE IS HEREBY GIVEN** of the following Filing Deficiency: Other Deficiency – Proof of service noting how the Notice of Appearance was served and when it was served on pro se party needs to be filed. The document should be filed within 3 days of this notice. Notice of Filing Deficiency Deadline 3/10/2023 (see) (Entered: 03/07/2023) |
| 03/07/2023 | 11 | PROOF OF SERVICE by Martin L. Cohen upon State Board of Elections on 2/21/2023 of summons and complaint. (see) (Entered: 03/08/2023) |
| 03/08/2023 | 8 | TEXT ORDER granting 7 Letter Motion from Stacey Hamilton, A.A.G. for Geneva Cushman requesting extension of time to respond to Complaint : Geneva Cushman answer due 4/30/2023. Authorized by Magistrate Judge Christian F. Hummel on 3/8/2023. (Copy served via regular mail on 3/8/2023)(tab) (Entered: 03/08/2023) |
| 03/08/2023 | 9 | AFFIDAVIT of Service for 6 Notice of Appearance served on Plaintiff on March 8, 2023, filed by Geneva Cushman. (Hamilton, Stacey) (Entered: 03/08/2023) |
| 03/08/2023 | 10 | AFFIDAVIT of Service for 7 letter requesting extension served on Plaintiff on March 8, 2023, filed by Geneva Cushman. (Hamilton, Stacey) (Entered: 03/08/2023) |
| 04/10/2023 | 14 | Letter Motion from Martin L. Cohen requesting that summonses to be reissued. Submitted to Judge Christian F. Hummel. (see) (Entered: 04/12/2023) |
| 04/11/2023 | 12 | MOTION to Dismiss for Failure to State a Claim filed by Geneva Cushman. Motion returnable before Judge Anne M. Nardacci Response to Motion due by 5/2/2023. Reply to Response to Motion due by 5/9/2023 (Attachments: # 1 Memorandum of Law) (Hamilton, Stacey) Modified on 4/12/2023 (see, ). (Entered: 04/11/2023) |
| 04/11/2023 | 13 | AFFIDAVIT of Service for Notice of Motion to Dimiss and Memorandum of Law in support served on Plaintiff on April 11, 2023, filed by Geneva Cushman. (Hamilton, Stacey) (Entered: 04/11/2023) |
| 04/12/2023 |  | CLERK'S CORRECTION OF DOCKET ENTRY re 12 Motion to Dismiss for Failure to State a Claim. Corrected docket entry to state that the motion is returnable before |

| | | |
|---|---|---|
| | | Judge Anne M. Nardacci. {Copy of this Clerk's Correction mailed to Martin L. Cohen on 4/12/2023 along with a copy of the notice of electronic filing receipt which notes plaintiff's response deadline to the motion} (see) (Entered: 04/12/2023) |
| 04/12/2023 | 15 | TEXT ORDER granting (in part) 14 Letter Motion for Martin L. Cohen requesting that summonses to be reissued: Although the Court has reviewed the issued summonses in this case and sees no specific need to re–issue summonses, Plaintiff is permitted to provide proposed summonses to the clerk, and the clerk will be directed to re–issue the summonses. Authorized by Magistrate Judge Christian F. Hummel on 4/12/2023. (Copy served via regular mail on 4/12/2023)(tab) (Entered: 04/12/2023) |
| 04/19/2023 | 16 | Letter enclosing proposed corrected summonses to be reissued by Martin L. Cohen. (see) (Entered: 04/21/2023) |
| 04/21/2023 | 17 | Summonses Reissued as to Geneva Cushman, David Perry, and Russell Richardson. (Attachments: # 1 Summons Reissued as to David Perry, # 2 Summons Rissued as to Geneva Cushman)(see) (Entered: 04/21/2023) |
| 04/21/2023 | | Mailed the 17 Summonses Reissued to pltf on 4/21/2023. (see) (Entered: 04/21/2023) |
| 04/21/2023 | 18 | Letter Request for Martin L. Cohen requesting extension of time to respond to the 12 Motion to Dismiss submitted to Judge Anne M. Nardacci. (ztc) (Entered: 04/24/2023) |
| 04/25/2023 | 19 | TEXT ORDER granting Plaintiff's 18 Letter Request, filed on consent, seeking an extension of time to file a response to Defendant's 12 Motion to Dismiss in this matter. Plaintiff shall file a response on or before May 31, 2023. Defendant shall file any reply to the response on or before June 7, 2023. The motion is returnable before the undersigned and will be taken on submission of the papers unless otherwise directed. SO ORDERED by U.S. District Judge Anne M. Nardacci on 4/25/2023. (Copy mailed to pro se plaintiff). (mab) (Entered: 04/25/2023) |
| 05/01/2023 | 20 | Pro Se MOTION to Obtain ECF Login and Password filed by Martin L. Cohen. Motions referred to Christian F. Hummel. (see) (Entered: 05/02/2023) |
| 05/09/2023 | 21 | TEXT NOTICE: The Rule 16 Initial Conference scheduled for May 24, 2023 at 11:00 AM before Magistrate Judge Christian F. Hummel and the deadline to submit a proposed Civil Case Management Plan and exchange Mandatory Disclosures are ADJOURNED without date pending a decision on the dispositive motion. (tab)(Notice served on plaintiff via regular mail on 5/9/2023) (Entered: 05/09/2023) |
| 05/09/2023 | 22 | TEXT ORDER granting 20 Pro Se Motion to Obtain ECF Login and Password: The Pro Se litigant is reminded that failure to comply with any of the guidelines, set forth and acknowledged on the ECF Registration Form, may result in electronic case filing privileges being revoked by the Court. Authorized by Magistrate Judge Christian F. Hummel on 5/9/2023. *[The CM–ECF log in credentials will be provided to applicant directly by the Clerk's office, under separate notice]* (Copy served via regular mail on 5/9/2023)(tab) (Entered: 05/09/2023) |
| 05/23/2023 | 23 | PROOF OF SERVICE by Martin L. Cohen, re: service of the summons on U.S. Attorney General by First Class US Postal Service. (see) (Entered: 05/24/2023) |
| 05/23/2023 | 24 | PROOF OF SERVICE by Martin L. Cohen, re: service of the summons on Russell Richardson by First Class US Postal Service. (see) (Entered: 05/24/2023) |
| 05/23/2023 | 25 | PROOF OF SERVICE by Martin L. Cohen, re: service of the summons on David Perry by First Class US Postal Service. (see) (Entered: 05/24/2023) |
| 05/23/2023 | 26 | PROOF OF SERVICE by Martin L. Cohen, re: service of the summons on the U.S. Attorney for the NDNY by First Class U.S. Postal Service. (see) (Entered: 05/24/2023) |
| 05/23/2023 | 27 | NOTICE by Martin L. Cohen, re: accepting the 25 Proof of Service, 24 Proof of Service, 23 Proof of Service, and 26 Proof of Service for the defts by ordinary mail. (see) (Entered: 05/24/2023) |
| 05/25/2023 | 28 | MOTION TO DISCONTINUE ELECTRONIC FILING by Martin L. Cohen. Submitted to Judge Christian F. Hummel. (see) (Entered: 05/25/2023) |
| 05/25/2023 | 29 | MOTION for Reasonable Accommodations filed by Martin L. Cohen. Response to Motion due by 6/15/2023 (Attachments: # 1 Memorandum of Law) Motions referred |

| | | |
|---|---|---|
| | | to Christian F. Hummel. (see) (Entered: 05/25/2023) |
| 05/25/2023 | 30 | CERTIFICATE OF SERVICE by Martin L. Cohen re 29 MOTION for Reasonable Accommodations filed by Martin L. Cohen., 28 MOTION TO DISCONTINUE ELECTRONIC FILING. (Attachments: # 1 Envelope for 5/25/2023 submissions)(see) (Entered: 05/25/2023) |
| 05/30/2023 | 31 | TEXT ORDER: On May 25, 2023, Plaintiff filed a Motion for Reasonable Accommodation in this matter. Dkt. No. 29 . Upon review, the Court construes this motion as a request for an extension of time to file a response to the pending 12 Motion to Dismiss. The request for an extension is GRANTED. Plaintiff shall file a response to the motion on or before June 21, 2023. Any reply shall be filed on or before June 28, 2023. SO ORDERED by U.S. District Judge Anne M. Nardacci on 5/30/2023. (Copy served upon pro se plaintiff by regular mail) (mab) (Entered: 05/30/2023) |
| 06/01/2023 | 32 | TEXT ORDER granting 28 Letter Motion for Martin L. Cohen requesting TO DISCONTINUE ELECTRONIC FILING. Authorized by Magistrate Judge Christian F. Hummel on 6/1/2023. (Copy served via regular mail on 6/1/2023 *along with a Notice of Remote Services for Pro Se Litigants handout*)(tab) (Entered: 06/01/2023) |
| 06/09/2023 | 33 | *STRICKEN* AMENDED COMPLAINT with JURY DEMAND against Geneva Cushman, David Perry, Russell Richardson filed by Martin L. Cohen, pro se. (Attachments: # 1 Exhibit(s), # 2 Cover letter and Certificate of Service, # 3 Envelope)(see) **The Amended Complaint is STRICKEN by Order dated 6/14/2023, Dkt. no. 37, issued by U.S. Magistrate Judge Christian F. Hummel.** (Entered: 06/09/2023) |
| 06/09/2023 | 34 | REQUEST FOR ISSUANCE OF SUMMONS(ES): Martin L. Cohen is requesting summons(es) be issued as to Anthem Insurance Co., Inc., re: 33 Amended Complaint. (Attachments: # 1 Proposed Summons)(see) (Entered: 06/09/2023) |
| 06/13/2023 | 35 | Letter Motion from Stacey Hamilton, A.A.G. for Geneva Cushman requesting rejection of Plaintiff's amended Complaint submitted to Judge Hummel . (Hamilton, Stacey) (Entered: 06/13/2023) |
| 06/13/2023 | 36 | AFFIDAVIT of Service for letter brief served on Plaintiff on June 13, 2023, filed by Geneva Cushman. (Hamilton, Stacey) (Entered: 06/13/2023) |
| 06/14/2023 | 37 | STRIKE ORDER granting 35 Letter Motion from Stacey Hamilton, A.A.G. for Geneva Cushman requesting rejection of Plaintiff's amended Complaint and issuance of a STRIKE ORDER. Plaintiff is reminded that his Response to Motion to Dismiss is due by 6/21/2023. The Reply to Response to Motion due by 6/28/2023. Signed by Magistrate Judge Christian F. Hummel on 6/14/2023. (Copy served via regular mail on 6/14/2023)(tab) (Entered: 06/14/2023) |
| 06/14/2023 | 38 | Emergency Letter Motion for Martin L. Cohen requesting an extension of time to respond to Defendant's 12 Motion to Dismiss. (mgh) (Entered: 06/15/2023) |
| 06/15/2023 | 39 | TEXT ORDER: On June 14, 2023, Plaintiff filed an Emergency Motion seeking an extension of the June 15, 2023 deadline to file a response to Defendant's Motion to Dismiss in this matter. Dkt. No. 38 . The Court has reviewed Plaintiff's submission and finds the request to be duplicative. The Court issued a Text Order on May 30, 2023 granting Plaintiff an extension of time to file a response to the motion from June 15, 2023 to June 21, 2023. Dkt. No. 31 . Should Plaintiff require additional time, he may submit a request for the Court's consideration. SO ORDERED by U.S. District Judge Anne M. Nardacci on 6/15/2023. (Copy served upon pro se plaintiff by regular mail). (mab) (Entered: 06/15/2023) |
| 06/20/2023 | 40 | EMERGENCY Letter Motion from Martin L. Cohen, requesting 10 day extension to file opposition papers to the motion to dismiss. Submitted to Judge Anne M. Nardacci. (see) (Entered: 06/20/2023) |
| 06/20/2023 | 41 | TEXT ORDER granting Plaintiff's 40 Emergency Motion seeking a 10–day extension of time to file a response to Defendant's Motion to Dismiss in this matter. Plaintiff shall file a response to the motion on or before July 5, 2023. Defendant shall file any reply to the response on or before July 12, 2023. No further extensions will be permitted. SO ORDERED by U.S. District Judge Anne M. Nardacci on 6/20/2023. |

| | | |
|---|---|---|
| | | (Copy served upon pro se plaintiff by regular mail). (mab) (Entered: 06/20/2023) |
| 07/05/2023 | 42 | RESPONSE in Opposition re 12 MOTION to Dismiss for Failure to State a Claim filed by Geneva Cushman. Motion returnable before Judge Hummel filed by Martin L. Cohen. (Attachments: # 1 Memorandum of Law)(mgh) (Entered: 07/06/2023) |
| 07/06/2023 | 43 | EXHIBITS in support of the 42 Response in Opposition to Motion filed by Martin L. Cohen. (Attachments: # 1 Cover Letter)(mgh) (Entered: 07/07/2023) |
| 07/11/2023 | 44 | Motion requesting to accept proof of Service filed by Martin L. Cohen. Submitted to Judge Christian F. Hummel. (Attachments: # 1 Memorandum of Law, # 2 Proof of Service as to Russell Richardson, # 3 Proof of Service as to David Perry, # 4 Proof of Service as to U.S. Attorney General, # 5 Proof of Service as to U.S. Attorney, # 6 Envelope)(see) (Entered: 07/11/2023) |
| 07/12/2023 | 45 | TEXT ORDER granting 44 Letter Motion for Martin L. Cohen requesting to accept proof of Service: The Clerk is directed to enter the Proofs of Service as a separate docket entry and set the proper answer deadline. Authorized by Magistrate Judge Christian F. Hummel on 7/12/2023. (Copy served via regular mail on 7/12/2023)(tab) (Entered: 07/12/2023) |
| 07/12/2023 | 46 | SUMMONSES Returned Executed by Martin L. Cohen. David Perry served on 7/8/2023, answer due 9/6/2023; Russell Richardson served on 7/8/2023, answer due 9/6/2023. (Attachments: # 1 Proof of Service as to David Perry, # 2 Proof of Service as to U.S. Attorney General, # 3 Proof of service for U.S. Attorney)(see) (Entered: 07/12/2023) |
| 07/13/2023 | 47 | AFFIDAVIT of Service for summons and complaint served on U.S. Attorney General via FedEx ground on 7/12/2023, filed by Martin L. Cohen. (see) (Entered: 07/13/2023) |
| 07/17/2023 | 48 | MOTION for Partial Summary Judgment filed by Martin L. Cohen. Motion returnable before Judge Anne M. Nardacci Response to Motion due by 8/8/2023. Reply to Response to Motion due by 8/15/2023. (Attachments: # 1 Memorandum of Law, # 2 Envelope) (see) (Entered: 07/18/2023) |
| 07/18/2023 | | Clerk mailed a copy of the notice of electronic filing to pltf on 7/18/2023 which notes the deadlines to his motion for partial summary judgment. (see) (Entered: 07/18/2023) |
| 07/18/2023 | 49 | Letter Motion from Stacey Hamilton, A.A.G. for Geneva Cushman requesting plaintiff's motion for partial summary judgment held in abeyance pending a decision on Defendant Cushman's motion to dismiss submitted to Judge Hummel . (Hamilton, Stacey) (Entered: 07/18/2023) |
| 07/18/2023 | 50 | AFFIDAVIT of Service for letter in response to plaintiff's partial motion for summary judgment served on Plaintiff on July 18, 2023, filed by Geneva Cushman. (Hamilton, Stacey) (Entered: 07/18/2023) |
| 07/20/2023 | 51 | TEXT ORDER: On July 18, 2023, counsel for Defendant Geneva Cushman filed a Letter Request to have Plaintiff's Motion for Partial Summary Judgment held in abeyance pending a decision on the Motion to Dismiss in this matter. Dkt. No. 49 . The request is GRANTED. Plaintiff's Motion for Partial Summary Judgment is held in abeyance until the Court issues a decision on Defendant Cushman's Motion to Dismiss. SO ORDERED by U.S. District Judge Anne M. Nardacci on 7/20/2023. (Copy served upon pro se plaintiff by regular mail). (mab) (Entered: 07/20/2023) |
| 07/31/2023 | 52 | Letter Motion from Martin L. Cohen, requesting an in chambers meeting. Submitted to Judge Anne M. Nardacci. (see) (Entered: 08/01/2023) |
| 08/17/2023 | 53 | Motion to Take Judicial Notice by Martin L. Cohen returnable before Judge Anne M. Nardacci. (Attachments: # 1 Memorandum of Law, # 2 Envelope)(see) (Entered: 08/18/2023) |
| 08/23/2023 | 54 | MOTION TO TAKE JUDICIAL NOTICE dated 8/7/2023 by Martin L. Cohen. (see) (Entered: 08/23/2023) |
| 09/01/2023 | 55 | Letter Motion dated 7/29/2023 from Martin L. Cohen to Judge Anne M. Nardacci and Magistrate Judge Christian F. Hummel, requesting that the Court require counsel for the state defts to file a formal motion to validate her motion to dismiss or for Court to dismiss motion and to reconsider its grant to hold the motion for partial summary |

| | | |
|---|---|---|
| | | judgment in abeyance pending a decision on the motion to dismiss. Submitted to Judge Anne M. Nardacci. (see) (Entered: 09/05/2023) |
| 09/06/2023 | 56 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by David Perry, Russell Richardson. Response to Motion due by 9/27/2023. Reply to Response to Motion due by 10/4/2023 (Attachments: # 1 Memorandum of Law) (Shimberg, Claire) (Entered: 09/06/2023) |
| 09/07/2023 | 57 | NOTICE OF DUE DATE TO RESPOND TO 56 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by David Perry, Russell Richardson. {Mailed to Martin L. Cohen on 9/7/2023} (see) (Entered: 09/07/2023) |
| 09/08/2023 | 58 | MOTION to Change the Case Caption filed by Martin L. Cohen. Response to Motion due by 9/29/2023. Motions referred to Christian F. Hummel. (see) (Entered: 09/08/2023) |
| 09/15/2023 | 59 | MOTION for Extension of Time to October 27, 2023 to File a Response as to 56 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Martin L. Cohen. Motions referred to Christian F. Hummel. (mgh) (Entered: 09/15/2023) |
| 09/20/2023 | 60 | TEXT ORDER granting Plaintiff's 59 Motion for an Extension of Time to File a Response to Defendants' 56 Motion to Dismiss in this matter. Plaintiff shall file a response to the motion on or before October 27, 2023. Any reply to the response by Defendants shall be filed on or before November 3, 2023. SO ORDERED by U.S. District Judge Anne M. Nardacci on 9/20/2023. (Copy served upon pro se plaintiff by regular mail). (mab) (Entered: 09/20/2023) |
| 09/29/2023 | 61 | DUPLICATE MOTION to Change the Case Caption – Duplicate of 58 MOTION to Change the Case Caption filed by Martin L. Cohen. Motions referred to Christian F. Hummel. (hmr) (Entered: 10/02/2023) |
| 10/12/2023 | 62 | EMERGENCY MOTION for Court Ordered Service of Process filed by Martin L. Cohen. (Attachments: # 1 Exhibit(s), # 2 Envelope) Motions referred to Christian F. Hummel. (see) (Entered: 10/13/2023) |
| 10/13/2023 | 63 | RESPONSE to Motion re 62 MOTION Court Ordered Service of Process filed by Martin L. Cohen. filed by David Perry, Russell Richardson. (Shimberg, Claire) (Entered: 10/13/2023) |
| 10/18/2023 | 64 | REPLY to Response to Motion in further support of the 62 Emergency MOTION Court Ordered Service of Process filed by Martin L. Cohen. (see) (Entered: 10/18/2023) |
| 10/23/2023 | 65 | MOTION TO TAKE JUDICIAL NOTICE OF STATE COURT DECISIONS AND WHISTLEBLOWER REPORTS by Martin L. Cohen. (Attachments: # 1 Memorandum of Law)(see) (Entered: 10/24/2023) |
| 10/30/2023 | 66 | RESPONSE in Opposition to the 56 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Martin L. Cohen. (Attachments: # 1 Memorandum of Law)(see) (Entered: 10/31/2023) |
| 11/03/2023 | 67 | REPLY to Response to Motion re 56 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by David Perry, Russell Richardson. filed by David Perry, Russell Richardson. (Shimberg, Claire) (Entered: 11/03/2023) |
| 11/03/2023 | 68 | Letter enclosing SIGNATURE PAGES to the 66 Response in Opposition to Motion by Martin L. Cohen. (Attachments: # 1 Exhibit(s) A – Signature page dated 10/27/2023 to Motion in Opposition, # 2 Exhibit(s) B – signature page for Memorandum of Law in Support, # 3 Exhibit(s) C – Certificate of Service)(see) (Entered: 11/06/2023) |
| 11/09/2023 | 69 | Letter/NOTICE dated 11/3/2023 by Martin L. Cohen addressing the file date of document no. 66 . (see) (Entered: 11/13/2023) |
| 11/13/2023 | 70 | Plaintiff's First Set of REQUESTS for Admission to the Defendants by Martin L. Cohen.(see) (Entered: 11/13/2023) |
| 11/13/2023 | 71 | RESPONSE dated 11/11/2023 to Motion entitled Motion in Opposition to Defendant's Reply, re 56 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Martin L. Cohen. (see) (Entered: 11/13/2023) |

| | | |
|---|---|---|
| 11/13/2023 | 72 | NOTICE by David Perry, Russell Richardson re 65 Notice (Other) *Response in Opposition to Plaintiff's Motion to Take Judicial Notice* (Shimberg, Claire) (Entered: 11/13/2023) |
| 11/13/2023 | 73 | DUPLICATE of 69 Letter dated 11/3/2023 from Martin L. Cohen. (see) (Entered: 11/13/2023) |
| 11/14/2023 | 74 | LETTER BRIEF *rejecting plaintiff's Notice to Admit due to the pending Motion to Dismiss* by Geneva Cushman. (Hamilton, Stacey) (Entered: 11/14/2023) |
| 11/14/2023 | 75 | AFFIDAVIT of Service for letter rejecting Notice to Admit served on Plaintiff on November 14, 2023, filed by Geneva Cushman. (Hamilton, Stacey) (Entered: 11/14/2023) |
| 11/20/2023 | 76 | ADDENDUM to REQUEST for Admissions by Martin L. Cohen.(see) (Entered: 11/20/2023) |
| 11/22/2023 | 77 | NOTICE by David Perry, Russell Richardson re 69 Notice (Other) *Defendant United States' Response to Plaintiff's Letter, ECF 69* (Shimberg, Claire) (Entered: 11/22/2023) |
| 11/27/2023 | 78 | Letter Motion dated 11/20/2023 from Martin L. Cohen requesting a conference. Submitted to Judge Anne M. Nardacci(see) (Entered: 11/28/2023) |
| 11/28/2023 | 79 | Letter Motion dated 11/27/2023 from Martin L. Cohen, requesting to defer its decision on this matter until it is able to consider all new and updated information. Submitted to Judge Anne M. Nardacci. (see) (Entered: 11/28/2023) |
| 11/29/2023 | 80 | Letter Motion from United States of America for David Perry, Russell Richardson requesting a Conference Prior to Filing Non–Dispositive Motions to Strike submitted to Judge Christian Hummel . (Shimberg, Claire) (Entered: 11/29/2023) |
| 11/29/2023 | 81 | RESPONSE to Motion re 78 Letter Motion for Martin L. Cohen requesting a conference submitted to Judge Anne M. Nardacci filed by David Perry, Russell Richardson. (Shimberg, Claire) (Entered: 11/29/2023) |
| 11/29/2023 | 82 | RESPONSE to Motion re 79 Letter Motion for Martin L. Cohen requesting to defer its decision on this matter until it is able to consider all new and updated information submitted to Judge Anne M. Nardacci *from Defendant United States of America* filed by David Perry, Russell Richardson. (Shimberg, Claire) (Entered: 11/29/2023) |
| 12/04/2023 | 83 | NOTICE entitled MOTION TO RECOGNIZE THE US POSTMASTER AS AGENT and that the official filing by pltf of his Motion in Opposition to Dismiss be considered timely by Martin L. Cohen. (see) (Entered: 12/05/2023) |
| 12/07/2023 | 84 | NOTICE OF WITHDRAWAL OF PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO THE DEFENDANTS AND ADDENDUM by Martin L. Cohen. (see) (Entered: 12/07/2023) |
| 12/12/2023 | 85 | NOTICE by David Perry, Russell Richardson re 80 Letter Motion from United States of America for David Perry, Russell Richardson requesting a Conference Prior to Filing Non–Dispositive Motions to Strike submitted to Judge Christian Hummel *Supplemental Letter re Conference* (Shimberg, Claire) (Entered: 12/12/2023) |
| 12/12/2023 | 86 | NOTICE by David Perry, Russell Richardson re 83 Notice (Other) *Defendant United States' Response to Plaintiff's Motion, ECF 83* (Shimberg, Claire) (Entered: 12/12/2023) |
| 02/05/2024 | 87 | Letter Motion from Martin Cohen requesting Judicial Intervention submitted to Judge Brenda K. Sannes. (Attachments: # 1 Memorandum of Law, # 2 Envelope)(egr) (Entered: 02/05/2024) |
| 02/05/2024 | 88 | MEMORANDUM–DECISION and ORDER. The Court hereby ORDERS that Defendant Cushman's motions to dismiss, Dkt. No. 12 , is GRANTED. The Court further ORDERS that Defendants Richardson and Perry's motion to dismiss, Dkt. No. 56 , is GRANTED. The Court further ORDERS that the Complaint, Dkt. No. 1 , is DISMISSED with prejudice and without leave to amend as to all named and unnamed Defendants. The Court further ORDERS that Plaintiff's pending requests for relief, Dkt. Nos. 48 , 52 , 53 , 55 , 58 , 61 , 62 , 65 , 78 , 79 , 83 and 87 are DENIED as moot. |

| | | |
|---|---|---|
| | | The Court further ORDERS that Defendants' pending requests for a pre–motion conference, Dkt. Nos. 80, 85, are DENIED as moot. The Court further ORDERS that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules. Signed by U.S. District Judge Anne M. Nardacci on 2/5/2024. (Copy served upon pro se plaintiff by regular and certified mail). (mab) (Entered: 02/05/2024) |
| 02/05/2024 | 89 | JUDGMENT. IT IS ORDERED AND ADJUDGED that Defendants' Motions to Dismiss, Dkt. Nos. 12 and 56, are GRANTED. Plaintiff's Complaint, Dkt. No. 1, is DISMISSED with prejudice and without leave to amend as to all named and unnamed Defendants, in accordance with the Memorandum–Decision and Order issued on February 5, 2024 by the Honorable Anne M. Nardacci, U.S. District Court Judge. (Copy served upon pro se plaintiff by regular and certified mail). (mab) (Entered: 02/05/2024) |
| 02/05/2024 | 90 | NOTICE/PETITION pursuant to 26 USC 43 which empowers the Chief Justice to supervise cases within their federal judicial district by Martin L. Cohen. (see) (Entered: 02/06/2024) |
| 02/07/2024 | 91 | Letter dated 2/6/2024 by Martin L. Cohen with a copy of document no. 90, stating that his Petition to the Chief Judge was properly filed at document no. 90, however the additional attachments were not entered separate on the docket. (Attachments: # 1 Copy of letter filed at document no. 90, # 2 Copy of Petition filed at document no. 90)(see) (Entered: 02/07/2024) |
| 02/07/2024 | 92 | Correspondence with the NYS Board of Elections by Martin L. Cohen, filed as separate attachment to document no. 90 Petition. (see) (Entered: 02/07/2024) |
| 02/07/2024 | 93 | Copy of Selected Statutes Related to the NYS Election Law by Martin L. Cohen, filed as separate attachment to the 90 Petition. (see) (Entered: 02/07/2024) |
| 02/07/2024 | 94 | Copy of Complaint for Fraud and Corruption Under Election Law by Martin L. Cohen, filed as a separate attachment to the 90 Petition. (see) (Entered: 02/07/2024) |
| 02/07/2024 | 95 | Supplemental Complaint by Martin L. Cohen filed as a separate attachment to the 90 Petition. (see) (Entered: 02/07/2024) |
| 02/07/2024 | 96 | Complaint for Crimes in Violation of Election Law by Martin L. Cohen, filed as separate attachment to 90 Petition. (see) (Entered: 02/07/2024) |
| 02/16/2024 | 97 | U.S. Postal RETURN RECEIPT received from Martin L. Cohen, re: certified return receipt mailing of 89 Judgment and 88 Memorandum–Decision & Order. (see) (Entered: 02/20/2024) |
| 02/20/2024 | 98 | Letter/NOTICE dated 2/15/2024 by Martin L. Cohen addressed to Chief Judge Brenda K. Sannes. (see) (Entered: 02/21/2024) |
| 02/21/2024 | 99 | MOTION for Reconsideration of the 88 Memorandum–Decision & Order filed by Martin L. Cohen. Motion returnable before Judge Anne M. Nardacci. Response to Motion due by 3/14/2024. {Copy of notice of electronic filing mailed to pltf on 2/22/2024 advising of defts' response deadline. (Attachments: # 1 Memorandum of Law and Mailing Envelope) (see) (Entered: 02/22/2024) |
| 03/11/2024 | 100 | RESPONSE in Opposition re 99 MOTION for Reconsideration re 88 Order on Motion for Partial Summary Judgment Order on Letter Request Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction Order on Motion for Miscellaneous Relief filed by David Perry, Russell Richardson. (Shimberg, Claire) (Entered: 03/11/2024) |
| 03/18/2024 | 101 | REPLY to Response to Motion in further support of the 99 MOTION for Reconsideration of the 88 Memorandum–Decision & Order filed by Martin L. Cohen. (see) (Entered: 03/18/2024) |
| 03/22/2024 | 102 | MOTION for Leave to File a Supplemental Complaint filed by Martin L. Cohen, pro se. (Attachments: # 1 Proposed Supplemental Complaint, # 2 Exhibit(s) to Accompany the Supplemental Complaint, # 3 Memorandum of Law, # 4 Envelope) Motions referred to Christian F. Hummel. (see) (Entered: 03/22/2024) |
| 03/28/2024 | 103 | NOTICE TO WITHDRAW SUPPLEMENTAL COMPLAINT by Martin L. Cohen, re: 102 MOTION for Leave to File. (see) (Entered: 03/28/2024) |

| | | |
|---|---|---|
| 08/05/2024 | 104 | MEMORANDUM–DECISION and ORDER. The Court hereby ORDERS that Plaintiff's motion for reconsideration, Dkt. No. 99 , is DENIED. The Court further ORDERS that Plaintiff's motion to amend the Complaint, Dkt. No. 102 , is DENIED as moot. The Court further ORDERS that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules. Signed by U.S. District Judge Anne M. Nardacci on 8/5/2024. (Copy served upon pro se plaintiff by regular and certified mail). (mab) (Entered: 08/05/2024) |
| 08/12/2024 | 105 | U.S. POSTAL RETURN RECEIPT received from Martin L. Cohen, re: certified return receipt service of the 104 Memorandum–Decision & Order. (see) (Entered: 08/12/2024) |
| 08/21/2024 | 106 | NOTICE OF APPEAL as to 88 Memorandum–Decision and Order, 89 Judgment, 104 Memorandum–Decision and Order by Martin L. Cohen. [A filed stamped copy was mailed to pro se plaintiff via regular mail on 8/22/2024.] (hmr) (Entered: 08/22/2024) |
| 08/22/2024 | 107 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 106 Notice of Appeal. [Copy of this notice was mailed to pro se plaintiff via regular mail on 8/22/2024.] (hmr) (Entered: 08/22/2024) |