# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Cohen, Martin L.

_____v._____

Cushman, Richardson, et. al.

**CERTIFICATE OF SERVICE***

Docket Number: 24-2248

I, __Martin L. Cohen__, hereby certify under penalty of perjury that
(print name)

on __Oct. 15, 2024__, I served a copy of __Notice of Appeal, Public Docket, and First Supplemental Electronic Clerk's Certification.__
(date)
(list all documents)

by (select all applicable)**

___ Personal Delivery  ✓ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties: NYS Office of Attorney General / Division of Appeals & Opinions
Alexandria Twinem, The Capitol, Albany, NY 12224

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| John Schumann | United States Dept of Justice / TAX DIV. / Appellate sec. P.O. Box 502 Ben Franklin Station | Washington | DC | 20044 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__Oct. 15, 2024__    __[signature] Martin L. Cohen__
Today's Date                Signature

Certificate of Service Form (Last Revised 12/2015)

Mr. Cohen
15 Shore Ave #46-4
Oyster Bay, NY 11771

Clerk of The Court
Court of Appeals (2nd Cir.)
Thurgood Marshall US Court House
40 Foley Square
New York, NY 10007

Oyster Bay, 11771

Clerk of The Court
US Court of Appeals (2nd Cir.)
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

PRIORITY MAIL®
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
APPLY PRIORITY MAIL POSTAGE HERE

Retail
U.S. POSTAGE PAID
PM
OYSTER BAY, NY 11771
OCT 15, 2024
10007
$10.45
R2305P149682-70
RDC 03    0 Lb 0.60 Oz

EXPECTED DELIVERY DAY: 10/17/24
USPS TRACKING® #

For international shipments, the maximum weight is 4 lbs.
Dimension: 10 x 5