# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand twenty-five.

Before:      Sarah A. L. Merriam,
                     *Circuit Judge.*

---

Martin L. Cohen,

      Plaintiff - Appellant,

  v.

Geneva Cushman, as staff member of NYS Board of Elections, and other members of the State Board of Elections in NY,

      Defendant – Appellee.

---

**ORDER**

Docket No. 24-2248

      Appellant, pro se, moves for a stay of state court litigation involving Five Towns College and related entities in *Cohen v. Cohen* (New York Supreme Court, No. 040466/2008, et al.), pending determination of this appeal. Appellant also filed a motion for an order to show cause and petition for writ of prohibition.

      IT IS HEREBY ORDERED that the motions are REFERRED to a three-judge motions panel. To the extent Appellant requests temporary relief pending referral to a motions panel, that request is DENIED.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

